UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING
ENGINEERS LOCAL 520 PENSION
FUND, *et al.*,

        Plaintiffs,

   v.

RAY ANTHONY INTERNATIONAL,
LLC,

        Defendant.

Case No. 10-cv-15-JPG

## MEMORANDUM & ORDER

This matter comes before the Court on Plaintiffs' Notice (Doc. 9) of voluntary dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff has an absolute right to dismiss an action without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs. Defendant has not yet filed an answer or motion for summary judgment in this case. Accordingly, the Court **DISMISSES without prejudice** all of Plaintiffs' claims in this matter. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: March 5, 2010**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**