UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RAY ANTHONY INTERNATIONAL, LLC, <br><br> Defendant. | Case No. 10-cv-15-JPG |

## JUDGMENT

This matter having come before the Court, and Plaintiffs having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

NANCY J. ROSENSTENGEL

By:s/Deborah Agans, Deputy Clerk

Dated:  March 5, 2010


Approved:   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**